```
USDC SDNY
DOCUMENT
ECTRONICALLY FILED
OC #:
DATE FILED: 10/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE                    Case No.: 21 MC 103(AKH)
LITIGATION
----------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DISASTER SITE LITIGATION                     Docket Nos.:

ADDEO, STEPHEN                                          06-CV-09963
CHOUDHURY, FAISAL                                       07-CV-05404
DEVITO, MICHAEL                                         05-CV-01517
FOLEY, DONALD                                           07-CV-0657
GREANEY, JOHN E.                                        06-CV-06737
JUDE, PHILIP                                            06-CV-07450
MAHER, THOMAS                                           07-CV-05416
MURPHY, MICHAEL G. (and wife, ELIZABETH MURPHY)        07-CV-05418
NOESGES, WILLIAM (and wife, DENISE NOESGES)            06-CV-14925
RAMIREZ, MICHAEL (and wife, DIANNE D. JACKSON)         07-CV-05422
RENAUDIN, ROLAND                                       07-CV-05423
ZAMMITT, GUY (and wife, DEANNA ZAMMITT)                06-CV-15155
GALLO, CORI (and wife, MAGDALENA GALLO)                06-CV-11810
DEMAURO, MARK (and wife, GINA DEMAURO)                 05-CV-04335

                                                       **STIPULATION OF
                                                       DISCONTINUANCE AS TO
                                                       DEFENDANT, NEW YORK CITY
                                                       ECONOMIC DEVELOPMENT
----------------------------------------------------------------X      CORPORATION ONLY**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties

herein, that whereas no party herein is an infant, incompetent person for whom a committee has been

appointed or conservatee and no person not a party has an interest in the subject matter of this action and

based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that

each claim, cross-claim and counter-claim asserted by and against defendant *NEW YORK CITY*

*ECONOMIC DEVELOPMENT CORPORATION, only* as to the claims being made as to the premises

located at One Liberty Plaza, New York, New York and 78-86 Trinity Place, New York, New York shall

be and the same hereby are discontinued without prejudice and without costs to any party as against the

other.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the court of the litigation which determines that the *NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION* is proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
October 17, 2007

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION

By: _____
Richard E. Leff (REL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

So Ordered: 10-23-07

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff(s)

By: _____
Christopher R. LoPalo (CL6/_X
115 Broadway 12th Floor
New York, NY 10006
(212) 267-3700

2