x:\ATS52110\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
THOMAS MAHER,

                    Plaintiffs,

      -against-

ON-SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ABM INDUSTRIES, INC., ABM
JANITORIAL NORTHEAST, INC., AMEC
CONSTRUCTION MANAGEMENT, INC., AMEC
EARTH & ENVIRONMENTAL, INC., ANTHONY
CORTESE SPECIALIZED HAULING LLC., ATLANTIC
HEYDT CORP., BECHTEL ASSOCIATES
PROFESSIONAL CORPORATION., BECHTEL
CONSTRUCTION, INC., BECHTEL CORPORATION.,
BECHTEL ENVIONMENTAL, INC., BERKEL &
COMPANY, CONTRACTORS, INC., BIG APPLE
WRECKING & CONSTRUCTION CORP., BOVIS LEND
LEASE LMB, INC., BREEZE CARTING CORP.,
BREEZE NATIONAL INC., BRER-FOUR
TRANSPORTATION CORP., BURO HAPPOLD
CONSULTING ENGINEERS, P.C., C.B.
CONTRACTING CORP., KANRON CONSTRUCTION
CORP., CORD CONTRATING CO., INC., DAKOTA
DEMO-TECH., DIAMOND POINT EXCAVATING
CORP., DIEGO CONSTRUCTION, INC., DIVERSIFIED
CARTING, INC., DMT ENTERPRISE, INC.,
D'ONOFRIO GENERAL CONTRACTING CORP,
EAGLE LEASING & INDUSTRIAL SUPPLY, INC.,
EAGLE ONE ROOFING CONTRACTORS INC., EJ

**NOTICE OF
ADOPTION**

07 CV 05416

DAVIES, INC., EN-TECH CORP., EVERGREEN RECYCLING OF CORONA (EROC)., EWELL W. FINLEY, P.C., EXECUTIVE MEDICAL SERVICES, P.C., FLEET TRUCKING, INC., FRANCIS A. LEE EXTERIOR RESTORATION, INC., FTI TRUCKING, INC., GILSANZ, MURRAY, & STEFICEK, LLP, GOLDSTEIN ASSOCIATED CONSULTING ENGINEERS, PLLC., HALLEN WELDING SERVICE, INC., H.P ENVIRONMENTAL., KOCH SKANSKA INC., LAQUIAL CONSTRUCTION INC., LASTRADA GENERAL CONTRACTING CORP., LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS P.C., LIBERTY MUTUAL GROUP, LOCKWOOD, KESSLER & BARTLETT, INC., LUCIUS PITKIN, INC., LZA TECH-DIV OF THORTON TOMASETTI., MANAFORT BROTHERS INCORPORATED., MAZZOCCHI WRECKING, INC., HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP., MORETRENCH AMERICAN CORP., MRA ENGINERING, PC., MUESER RUTLEDGE CONSULTING ENGINEERS, INC., NACIREMA INDUSTRIES INCORPORATED., NEW YORK CRANE & EQUIPMENT CORP., NICHOLSON CONSTRUCTION COMPANY., PETER SCALAMANDRE & SONS, INC., PINNALCE ENVIRONMENTAL CORP., PLAZA CONSTRCTION CORP., PORT AUTHORITY OF NEW YORK AND NEW JERSEY., PRO SAFETY SERVICES LLC., PT & L CONTRACTING CORP., ROBER SILMAN ASSOCIATES., ROBERT L. GEROSA, INC., RODAR ENTERPRISES, INC., ROYAL GM, INC., SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL CORP., SEASONS INDUSTRIAL CONTRACTING., SEMCOR EQUIPMENT & MANUFACTURING CORP., SILVERITE CONTRACTING CORPORATION., SIMPSON GUMPERTZ & HEGER INC., SKIDMORE, OWING & MERRILL LLP., SURVIVAIR., TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN., TISHMAN CONSTRUCTION CORPORATION OF NEW YORK., TISHMAN INTERIORS CORPORATION., TISHMAN SPEYER PROPERTIES., THORTON-TOMASETTI GROUP, INC., TORRETTA TRUCKING, INC., TOTAL SAFETY CONSULTING, L.L.C., TUCCI EQUIPMENT RENTAL CORP., TULLY CONSTRUCTION CO, INC., TURNER

CONSTRUCTION COMPANY., ULTIMATE DEMOLITION/ CS HAULING ( JOINT VENTURE )., VERIZON NEW YORK INC., VOLLMER ASSOCIATES LLP., WEEKS MARINE, INC., WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C., WHITNEY CONTRACTING INC., WOLKOW-BRAKER ROOFING CORP., WORLD TRADE CENTER PROPERTIES LLC., WSP CANTOR SEINUK., YANNUZZI & SONS, INC., YONKERS CONTRACTING COMPANY, INC., YORK HUNTER CONSTRUCTION LLC, ZIEGENFUSS DRILLING, INC.,
OFF-SITE:
80 LAFAYETTE ASSOCIATES, LLC, ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AND AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC., D/B/A BMS CAT, BLUE MILLENNIUM REALTY LLC, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CENTURY 21, INC, ,ENVIROTECH CLEAN AIR, INC, GENERAL RE SERVICES CORP, GPS ENVIRONMENTAL CONSULTANTS, INC, GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENT GROUP, LLC, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO, MAYORE ESTATES LLC, MOYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATES LLC AS TENANTS IN COMMON, MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, STONER AND OCMPANY, INC., STRUCTURE TONE (UK), STRUCTURE TONE GLOBAL SERVICES, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMIMIUM (CONDO#1178), THE ONE LIBERTY PLAZA CONDOMIMIUM (CONDO#1178), TOSCORP

INC., TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO,
L.P, WFP ONE LIBETY PLAZA, CO. GP. CORP, WFP
TOWER A CO, WFP TOWER A CO. G.P. CORP, WFP
TOWER A. CO, L.P, WFP TOWER B CO. G.P. CORP,
WFP TOWER B HOLDING CO. LP, WFP TOWER B.
CO, L.P., & WORLD FINANAICL PROPERTIES L.P.,
ET AL,

                       Defendants.
-----------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, ANN TAYLOR STORES CORPORATION, demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      January 8, 2008

                                              _____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600