UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER				21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

THOMAS MAHER,					07CV5416(AKH)

                    Plaintiff(s),		**NOTICE OF APPEARANCE**

    -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                    Defendants.

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
           January 16, 2008

                                         Yours etc.,

                                         HARRIS BEACH PLLC
                                         *Attorneys for Defendant*
                                         **CENTURY 21, INC., BLUE**
                                         **MILLENNIUM REALTY LLC**

                                         _____/s/_____
                                         Stanley Goos, Esq. (SG-7062)
                                         100 Wall Street
                                         New York, NY 10005
                                         212 687-0100
                                         212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on January 16, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: January 16, 2008

                                                     /s/
                                   Stanley Goos, Esq. (SG 7062)